**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF NEW YORK, et al., | |
| Plaintiffs, | |
| v. | Civ. Action No.  18-cv-01747-JDB |
| U.S. DEPARTMENT OF LABOR, et al., | |
| Defendants. | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO ENLARGE PAGE LIMITS**

Pursuant to Fed. R. Civ. P. 7 and Local Civil Rule 7(e), Plaintiffs in the above-captioned action respectfully request that this Court enter an order granting Plaintiffs leave to file a memorandum of law in support of their motion for summary judgment of up to 55 pages in length.  In support of this motion, Plaintiffs state as follows:

1.      This is an action pursuant to the Administrative Procedure Act that seeks to vacate and set aside a U.S. Department of Labor final rule regarding the establishment and maintenance of Association Health Plans.  *See Definition of "Employer" Under Section 3(5) of ERISA – Association Health Plans*, 83 Fed. Reg. 28,912 (June 21, 2018).

2.      Plaintiffs are prepared to file a motion for summary judgment on each of their claims for relief.  Because of the number of issues involved in this case, and to provide adequate briefing of the statutory and regulatory context for Plaintiffs' APA claims, Plaintiffs anticipate needing a ten-page enlargement of the 45-page limit established by Local Civil Rule 7(e) for Plaintiffs' supporting memorandum of points and authorities.  Plaintiffs have endeavored to be as succinct as possible in briefing their motion for summary judgment.

3.      Plaintiffs conferred with Defendants' counsel regarding this request on August

21, 2018.  Defendants' counsel have advised that they consent to this request.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order granting

Plaintiffs leave to file a memorandum of law in support of their motion for summary judgment of

up to 55 pages in length.


Dated:  August 21, 2018                    Respectfully submitted,


                                           BARBARA D. UNDERWOOD
                                           *Attorney General of the State of New York*

                                           By: */s/ Matthew Colangelo*
                                           Matthew Colangelo (D.C. Bar No. 997893)
                                             *Executive Deputy Attorney General*
                                           Steven C. Wu (D.C. Bar No. 975434)
                                             *Deputy Solicitor General*
                                           Lisa Landau, *Bureau Chief*
                                           Susan J. Cameron, *Deputy Bureau Chief*
                                           Eric R. Haren (D.C. Bar No. 985189)
                                             *Special Counsel & Senior Advisor*
                                           Sara H. Mark, *Special Counsel*
                                           Elizabeth Chesler, *Assistant Attorney General*
                                           Office of the New York State Attorney General
                                           28 Liberty Street
                                           New York, NY 10005
                                           Phone: (212) 416-6057
                                           Matthew.Colangelo@ag.ny.gov

                                           *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

In accordance with the Federal Rules of Civil Procedure and Local Civil Rule 5.3, the

undersigned hereby certifies that, on August 21, 2018, this document was served on all counsel

of record via the Court's Electronic Case Filing system.


*/s/ Matthew Colangelo*
Matthew Colangelo
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6057
Matthew.Colangelo@ag.ny.gov