# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR, et al., <br><br> Defendants. | Civ. Action No. 18-cv-01747-JDB |

### [PROPOSED] ORDER GRANTING LEAVE TO ENLARGE PAGE LIMITS

Upon consideration of Plaintiffs' Unopposed Motion for Leave to Enlarge Page Limits it is hereby

**ORDERED** that Plaintiffs' request for leave to file a memorandum of law in support of their motion for summary judgment of up to 55 pages in length is **GRANTED**.

**SO ORDERED.**

Date: _____     _____
                                       JOHN D. BATES
                                       United States District Judge