# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>U.S. DEPARTMENT OF LABOR, et al.,<br><br>　　　　　Defendants. | Civil Action No. 1:18-cv-01747-JDB |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs hereby move for summary judgment on the grounds that there is no genuine issue of disputed material fact and that they are entitled to judgment as a matter of law.

In support of this motion, Plaintiffs submit the accompanying (1) memorandum of law; (2) declarations in support; and (3) a proposed order.

Dated: August 23, 2018

Respectfully Submitted,

| | |
|---|---|
| **BARBARA D. UNDERWOOD**<br>*Attorney General*<br>*State of New York*<br><br>By: */s/ Sara H. Mark*<br>Sara H. Mark, Special Counsel<br>Matthew Colangelo (D.C. Bar No. 997893), Executive Deputy Attorney General<br>Steven C. Wu (D.C. Bar No. 975434), Deputy Solicitor General<br>Lisa Landau, Bureau Chief<br>Eric R. Haren (D.C. Bar No. 985189), Special Counsel & Senior Advisor<br>Elizabeth Chesler, Assistant Attorney General | **MAURA HEALEY**<br>*Attorney General*<br>*Commonwealth of Massachusetts*<br><br>By: */s/ Eric M. Gold*<br>Eric M. Gold, Assistant Attorney General<br>Stephen B. Vogel, Assistant Attorney General<br><br>Health Care Division<br>Office of the Attorney General<br>One Ashburton Place<br>Boston, MA 02108<br>Phone (617) 727-2200<br>eric.gold@state.ma.us |

Matthew W. Grieco, Assistant Solicitor General
Susan J. Cameron, Deputy Bureau Chief

Office of the New York State Attorney General
Health Care Bureau
28 Liberty St., 19th Floor
New York, NY 10005
Phone: (212) 416-6305
Matthew.Colangelo@ag.ny.gov

stephen.vogel@state.ma.us

**KARL A. RACINE**
*Attorney General*
*District of Columbia*

By: */s/ Robyn R. Bender*
Robyn R. Bender (D.C. Bar No. 465117), Deputy Attorney General
Andrew J. Saindon (D.C. Bar No. 456987), Senior Assistant Attorney General
Valerie M. Nannery (D.C. Bar No. 488529), Assistant Attorney General

Public Advocacy Division
441 4th Street, NW
Suite 630 South
Washington, DC 20001
Phone: (202) 724-6610
Robyn.Bender@dc.gov
Andrew.Saindon@dc.gov
Valerie.Nannery@dc.gov

**XAVIER BECERRA**
*Attorney General*
*State of California*

By: */s/ Julie Weng-Gutierrez*
Julie Weng-Gutierrez, Senior Assistant Attorney General
Kathleen Boergers, Supervising Deputy Attorney General
Nimrod P. Elias, Deputy Attorney General
Karli Eisenberg, Deputy Attorney General

Office of the Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Phone: (916) 210-7913
Julie.Wenggutierrez@doj.ca.gov
Kathleen.Boergers@doj.ca.gov
Nimrod.Elias@doj.ca.gov
Karli.Eisenberg@doj.ca.gov

**MATTHEW P. DENN**
*Attorney General*
*State of Delaware*

By: */s/ Ilona Kirshon*
Ilona Kirshon, Deputy State Solicitor
Jessica M. Willey, Deputy Attorney General

Department of Justice
Carvel State Building, 6th Floor
820 North French Street
Wilmington, DE 19801

**ANDY BESHEAR**
*Attorney General*
*Commonwealth of Kentucky*

By: */s/ J. Michael Brown*
J. Michael Brown, Deputy Attorney General
La Tasha Buckner, Assistant Deputy Attorney General
S. Travis Mayo, Executive Director, Office of Civil and Environmental Law
Taylor Payne, Assistant Attorney General

<div style="column-count:2">

Phone: (302) 577-8400
Ilona.Kirshon@state.de.us
Jessica.Willey@state.de.us

**BRIAN E. FROSH**
*Attorney General*
*State of Maryland*

By: */s/ Steven A. Sullivan*
Steven A. Sullivan, Solicitor General
Kimberly S. Cammarata, Director, Health Education and Advocacy

200 St. Paul Place
Baltimore, MD 21202
Phone: (410) 576-7038
ssullivan@oag.state.md.us
kcammarata@oag.state.md.us

**ELLEN ROSENBLUM**
*Attorney General*
*State of Oregon*

By: */s/ Scott J. Kaplan*
Scott J. Kaplan, Senior Assistant Attorney General
Henry Kantor, Trial Attorney
Sarah Weston, Trial Attorney

Oregon Department of Justice
100 Market Street
Portland, OR 97201
Phone: (971) 673-1880
Scott.Kaplan@doj.state.or.us
Henry.Kantor@doj.state.or.us
Sarah.Weston@doj.state.or.us

Office of the Attorney General
700 Capitol Avenue
Capitol Building, Suite 118
Frankfort, Kentucky 40601
Phone: (502) 696-5300
Travis.Mayo@ky.gov
Taylor.Payne@ky.gov

**GURBIR S. GREWAL**
*Attorney General*
*State of New Jersey*

By: */s/ Matthew J. Berns*
Matthew J. Berns (D.C. Bar No. 998094), Assistant Attorney General
Jeffrey S. Posta, Deputy Attorney General

Department of Law and Public Safety
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street, 8th Floor, West Wing
Trenton, NJ 08625-0080
Phone: (609) 376-2965
Matthew.Berns@njoag.gov
Jeffrey.Posta@njoag.gov

**JOSH SHAPIRO**
*Attorney General*
*Commonwealth of Pennsylvania*

By: */s/ Michael J. Fischer*
Michael J. Fischer, Chief Deputy Attorney General
Nikole N. Brock, Deputy Attorney General

Office of the Attorney General
Strawberry Square
Harrisburg, PA 17120
Phone: (215) 560-2171
mfischer@attorneygeneral.gov
nbrock@attorneygeneral.gov

</div>

| | |
|---|---|
| **MARK R. HERRING** <br> *Attorney General* <br> *Commonwealth of Virginia* | **BOB FERGUSON** <br> *Attorney General* <br> *State of Washington* |
| By: */s/ Toby J. Heytens* <br> Toby J. Heytens, Solicitor General <br> Matthew R. McGuire, Principal Deputy Solicitor General <br><br> Office of the Attorney General <br> 202 North Ninth Street <br> Richmond, VA 23219 <br> Phone: (804) 786-7773 <br> theytens@oag.state.va.us <br> mmcguire@oag.state.va.us | By: */s/ Jeffrey G. Rupert* <br> Jeffrey G. Rupert, Chief, Complex Litigation Division <br> Jeffrey T. Sprung, Assistant Attorney General <br> Marta Deleon, Assistant Attorneys General <br><br> Office of the Washington Attorney General <br> 800 Fifth Avenue, Suite 2000 <br> Seattle, WA 98104 <br> Phone: (206) 326-5492 <br> Jeffrey.Rupert@atg.wa.gov <br> Jeff.Sprung@atg.wa.gov <br> Marta.Deleon@atg.wa.gov |