UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR *et al.*,<br><br>    Defendants. | Civil Action No. 18-cv-1747 (JDB) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Stay Defendants' Response to Plaintiffs' Motion for Summary Judgment, or, in the Alternative, to Enter Defendants' Proposed Briefing Schedule, the opposition, and reply thereto, it is hereby ORDERED that the Motion is GRANTED and that further briefing on Plaintiffs' motion for summary judgment is STAYED pending the Court's ruling on Defendants' forthcoming motion to dismiss and issuance of a schedule for further briefing, if necessary. Additionally, Defendants' obligation to file the certified list of the contents of the administrative record pursuant to Local Civil Rule 7(n)(1) is STAYED pending the Court's ruling on Defendants' forthcoming motion to dismiss.

**[ALTERNATIVE PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Stay Defendants' Response to Plaintiffs' Motion for Summary Judgment, or, in the Alternative, to Enter Defendants' Proposed Briefing Schedule, the opposition, and reply thereto, it is hereby ORDERED that:

Defendant's Motion to Stay Defendants' Response to Plaintiffs' Motion for Summary Judgment is DENIED; it is FURTHER ORDERED that

Defendants' Motion to Enter Defendants' Proposed Briefing Schedule is GRANTED. Pursuant to this Court's ORDER, the Department will file the certified list of administrative record contents by November 2, 2018; the Department will file its combined motion to dismiss, or, in the alternative, cross-motion for summary judgment and opposition to the Plaintiff States' motion for summary judgment on November 9, 2018; the Plaintiff States will file their combined opposition to the Department's motion to dismiss, or, in the alternative, cross-motion for summary judgment and reply in support of the Plaintiff States' motion for summary judgment on December 7, 2018; and the Department will file its reply in support of its motion to dismiss, or, in the alternative, cross-motion for summary judgment on January 18, 2019.

Dated: _____

JOHN D. BATES
UNITED STATES DISTRICT JUDGE