# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR et al., <br><br> Defendants. | CIVIL ACTION NO.  18-cv-1747 (JDB) |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion to Enter Plaintiffs' Proposed Briefing Schedule, the opposition and reply thereto, it is hereby ORDERED that:

Defendants' Motion to Stay Defendants' Response to Plaintiffs' Motion for Summary Judgment is DENIED; it is FURTHER ORDERED that

Defendants' Motion to Enter Defendants' Proposed Briefing Schedule is DENIED; it is FURTHER ORDERED that

Plaintiffs' Motion to Enter Plaintiffs' Proposed Briefing Schedule is GRANTED. Pursuant to this Court's ORDER, Defendants will file their combined motion to dismiss, or, in the alternative, cross-motion for summary judgment, and opposition to Plaintiffs' motion for summary judgment and the certified list of administrative record contents on October 1, 2018; Plaintiffs will file their consolidated reply in support of their motion for summary judgment and opposition to Defendants' motion to dismiss, or, in the alternative, cross-motion for summary judgment on October 29, 2018; and Defendants will file their reply in support of their motion to dismiss, or, in the alternative, cross-motion for summary judgment on November 27, 2018.

**SO ORDERED.**

Date: _____   _____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE