UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STATE OF NEW YORK, et al.,**<br><br>    **Plaintiffs,**<br><br>        v.<br><br>**U.S. DEPARTMENT OF LABOR, et al.,**<br><br>    **Defendants.** | Civil Action No. 18-1747 (JDB) |

## ORDER

Upon consideration of [35] defendants' motion to stay summary judgment briefing, [38] plaintiffs' motion for a scheduling order, and the entire record herein, it is hereby

**ORDERED** that defendants' motion to stay is **DENIED**; and it is further

**ORDERED** that the following schedule shall govern the proceedings in this case:

1. Defendants shall file a certified list of the contents of the administrative record by not later than Tuesday, October 23, 2018.

2. Defendants shall file their combined motion to dismiss or, in the alternative, for summary judgment and opposition to plaintiffs' motion for summary judgment by not later than Tuesday, October 30, 2018.

3. Plaintiffs shall file their combined opposition to defendants' motion to dismiss or, in the alternative, for summary judgment by not later than Wednesday, November 28, 2018.

4. Defendants shall file their reply in support of their motion to dismiss or, in the alternative, for summary judgment by not later than Wednesday, December 19, 2018.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: September 14, 2018