## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

STATE OF NEW YORK *et al.*,

       Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
LABOR *et al.*,

       Defendants.

Civil Action No. 18-cv-1747 (JDB)

### DEFENDANTS' MOTION TO DISMISS, OR, IN THE ALTERNATIVE, CROSS-MOTION FOR SUMMARY JUDGMENT, AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

For the reasons set forth in the attached Memorandum of Points and Authorities, Defendants hereby move to dismiss Plaintiffs' complaint for lack of jurisdiction under Federal Rule of Civil Procedure 12(b)(1), or, in the alternative, cross-move for summary judgment, and oppose Plaintiffs' motion for summary judgment, Dkt. 31.  In addition to their Memorandum of Points and Authorities, Defendants have filed a proposed order with this motion.

Dated: October 30, 2018

Respectfully submitted,

Of Counsel:
KATE S. O'SCANNLAIN
Solicitor of Labor

G. WILLIAM SCOTT
Associate Solicitor

THOMAS TSO
MELISSA MOORE
ISIDRO MARISCAL
DANIEL COLBERT
Attorneys

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

BRETT A. SHUMATE
Deputy Assistant Attorney General

JENNIFER D. RICKETTS
Branch Director

CHRISTOPHER HALL
Assistant Branch Director

United States Department of Labor
Office of the Solicitor

/s/ *Tamra T. Moore*
TAMRA T. MOORE
ASHLEY A. CHEUNG
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 305-8628
Email: Tamra.Moore@usdoj.gov

*Counsel for Defendants*