# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR *et al.*,<br><br>Defendants. | Civil Action No. 18-cv-1747 (JDB) |

## NOTICE OF ERRATA

The Department respectfully submits this Notice of Errata to correct a typographical error in footnote 18 on page 46 of its Memorandum of Law in Support of Defendants' Motion to Dismiss, or in the Alternative, Cross-Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment.  Attached is the corrected brief.

Dated: October 31, 2018                Respectfully submitted,

Of Counsel:                                              JOSEPH H. HUNT
KATE S. O'SCANNLAIN                      Assistant Attorney General
Solicitor of Labor                                   Civil Division

G. WILLIAM SCOTT                           BRETT A. SHUMATE
Associate Solicitor                               Deputy Assistant Attorney General

THOMAS TSO                                     JENNIFER D. RICKETTS
MELISSA MOORE                              Branch Director
ISIDRO MARISCAL
DANIEL COLBERT                             CHRISTOPHER HALL
Attorneys                                              Assistant Branch Director
United States Department of Labor
Office of the Solicitor                         /s/ *Tamra T. Moore*
                                                              TAMRA T. MOORE
                                                              ASHLEY A. CHEUNG

Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 305-8628
Email: Tamra.Moore@usdoj.gov

*Counsel for Defendants*