UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF LABOR, et al.,<br><br>            Defendants. | Civ. Action No. 18-1747-JDB |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff States respectfully submit the Ninth Circuit's recent decision in *California v. Azar*, No. 18-15144 (9th Cir. Dec. 13, 2018), as supplemental authority in support of their Opposition to Defendants' Motion to Dismiss, or, in the Alternative for Summary Judgment, and Reply to Defendants' Opposition to Plaintiffs' Motion for Summary Judgment ("Plaintiffs' Opposition and Reply"). A copy of the decision is attached as Exhibit A.

*California v. Azar* is significant and pertinent to the argument raised in Plaintiffs' Opposition and Reply at pages 9 to 12.[1] As such, Plaintiff States respectfully submit the Ninth Circuit's recent decision in *California v. Azar* as supplemental authority in this case.

DATED:   January 4, 2019

                                                                                   Respectfully submitted,

**MAURA HEALEY**　　　　　　　　　　　　**LETITIA JAMES**
*Attorney General*　　　　　　　　　　　　　*Attorney General*
*Commonwealth of Massachusetts*　　　　　*State of New York*

---

[1] Plaintiff States cited the District Court opinion underlying this appeal, *California v. HHS*, 281 F. Supp. 3d 806, 822 (N.D. Cal. 2017), in their Opposition and Reply, at 9 n.8.

By: */s/ Eric M. Gold*
Eric M. Gold, Assistant Attorney General
Stephen B. Vogel, Assistant Attorney General
*Attorneys for Plaintiff the State of Massachusetts*

By: */s/ Susan J. Cameron*
Susan J. Cameron, Deputy Bureau Chief
Matthew Colangelo (D.C. Bar No. 997893), Executive Deputy Attorney General
Steven C. Wu (D.C. Bar No. 975434), Deputy Solicitor General
Lisa Landau, Bureau Chief
Eric R. Haren (D.C. Bar No. 985189), Special Counsel to the Solicitor General
Sara H. Mark, Special Counsel
Elizabeth Chesler, Assistant Attorney General
Matthew W. Grieco, Assistant Solicitor General
*Attorneys for Plaintiff the State of New York*

**KARL A. RACINE**
*Attorney General*
*District of Columbia*

By: */s/ Robyn R. Bender*
Robyn R. Bender (D.C. Bar No. 465117), Deputy Attorney General
Andrew J. Saindon (D.C. Bar No. 456987), Senior Assistant Attorney General
Valerie M. Nannery (D.C. Bar No. 488529), Assistant Attorney General
*Attorneys for Plaintiff the District of Columbia*

**XAVIER BECERRA**
*Attorney General*
*State of California*

By: */s/ Julie Weng-Gutierrez*
Julie Weng-Gutierrez, Senior Assistant Attorney General
Kathleen Boergers, Supervising Deputy Attorney General
Nimrod P. Elias, Deputy Attorney General
Karli Eisenberg, Deputy Attorney General
*Attorneys for Plaintiff the State of California*

**KATHLEEN JENNINGS**
*Attorney General*
*State of Delaware*

By: */s/ Ilona Kirshon*
Ilona Kirshon, Deputy State Solicitor
Jessica M. Willey, Deputy Attorney General
*Attorneys for Plaintiff the State of Delaware*

**ANDY BESHEAR**
*Attorney General*
*Commonwealth of Kentucky*

By: */s/ J. Michael Brown*
J. Michael Brown, Deputy Attorney General
La Tasha Buckner, Assistant Deputy Attorney General
S. Travis Mayo, Executive Director, Office of Civil and Environmental Law
Taylor Payne, Assistant Attorney General
*Attorneys for Plaintiff the Commonwealth of Kentucky*

| | |
|---|---|
| **BRIAN E. FROSH**<br>*Attorney General*<br>*State of Maryland*<br><br>By: */s/ Steven A. Sullivan*<br>Steven A. Sullivan, Solicitor General<br>Kimberly S. Cammarata, Director, Health Education and Advocacy<br>*Attorneys for Plaintiff the State of Maryland* | **GURBIR S. GREWAL**<br>*Attorney General*<br>*State of New Jersey*<br><br>By: */s/ Matthew J. Berns*<br>Matthew J. Berns (D.C. Bar No. 998094), Assistant Attorney General<br>Jeffrey S. Posta, Deputy Attorney General<br>*Attorneys for Plaintiff the State of New Jersey* |
| **ELLEN ROSENBLUM**<br>*Attorney General*<br>*State of Oregon*<br><br>By: */s/ Scott J. Kaplan*<br>Scott J. Kaplan, Senior Assistant Attorney General<br>Henry Kantor, Trial Attorney<br>Sarah Weston, Trial Attorney<br>*Attorneys for Plaintiff the State of Oregon* | **JOSH SHAPIRO**<br>*Attorney General*<br>*Commonwealth of Pennsylvania*<br><br>By: */s/ Michael J. Fischer*<br>Michael J. Fischer, Chief Deputy Attorney General<br>Nikole N. Brock, Deputy Attorney General<br>*Attorneys for Plaintiff the Commonwealth of Pennsylvania* |
| **MARK R. HERRING**<br>*Attorney General*<br>*Commonwealth of Virginia*<br><br>By: */s/ Toby J. Heytens*<br>Toby J. Heytens, Solicitor General<br>Matthew R. McGuire, Principal Deputy Solicitor General<br>*Attorneys for Plaintiff the Commonwealth of Virginia* | **BOB FERGUSON**<br>*Attorney General*<br>*State of Washington*<br><br>By: */s/ Jeffrey G. Rupert*<br>Jeffrey G. Rupert, Chief, Complex Litigation Division<br>Jeffrey T. Sprung, Assistant Attorney General<br>Marta Deleon, Assistant Attorneys General<br>*Attorneys for Plaintiff the State of Washington* |