UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR *et al.*,<br><br>Defendants. | Civil Action No. 18-cv-1747 (JDB) |

## NOTICE OF APPEAL

Notice is hereby given that all Defendants in the above-captioned matter appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's March 28, 2019 Order and Memorandum Opinion (ECF Nos. 78, 79).

Dated: April 26, 2019

Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

JAMES M. BURNHAM
Deputy Assistant Attorney General

JENNIFER D. RICKETTS
Branch Director

BRAD P. ROSENBERG
CHRISTOPHER HALL
Assistant Branch Directors

/s/ *Ashley A. Cheung*
ASHLEY A. CHEUNG
TAMRA T. MOORE
MICHAEL KNAPP
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-8267
Email: ashley.cheung@usdoj.gov

*Counsel for Defendants*